BARRACK, RODOS & BACINE
STEPHEN R. BASSER (121590)
sbasser@barrack.com
JOHN L. HAEUSSLER (215044)
jhaeussler@barrack.com
402 West Broadway, Suite 850
San Diego, CA 92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874

FILED
2007 APR 26 PM 12:36
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

[Additional counsel listed on signature page]

Attorneys for Plaintiff Lauren Miller

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAUREN MILLER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GYMBOREE CORP., a Delaware Corporation,<br><br>Defendant. | Case No.: C 07 2270 SBA<br><br>CLASS ACTION<br><br>NOTICE OF PENDENCY OF OTHER ACTIONS PURSUANT TO CIVIL LOCAL RULE 3-13<br><br>DEMAND FOR JURY TRIAL |



Apr. 26. 2007 11:48AM 1ST NATIONWIDE No. 1571 P. 4

Pursuant to Civil Local Rule 3-13 of the U.S. District Court for the Northern District of California, Plaintiff Lauren Miller hereby informs the Court that her class action on behalf of members of the class against Gymboree Corporation, is related to other actions on file, namely:

1. *Lopez v. the Gymboree Corporation*, Case No. 3:07-CV-0087-SI, filed on January 5, 2007, and currently pending in the United States District Court for the Northern District of California, San Francisco Division;

2. *Mitchell v. the Gymboree Corporation*, Case No. 3:07-CV-00739-SI, filed on February 5, 2007, and currently pending in the United States District Court for the Northern District of California, San Francisco Division.

The above-referenced actions and this action involve all or material part of the same subject matter and substantially the same parties and may be coordinated to avoid conflicts, conserve resources and promote an efficient determination of the actions.

DATED: April 25, 2007

BARRACK, RODOS & BACINE
STEPHEN R. BASSER
JOHN L. HAEUSSLER

STEPHEN R. BASSER

402 West Broadway, Suite 850
San Diego, CA 92101
Telephone: (619) 230-0800

BARRACK, RODOS & BACINE
DANIEL E. BACINE
JEFFREY GITTLEMAN
LISA M. LAMB
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-0600

Attorneys for Plaintiff Lauren Miller

**CERTIFICATE OF SERVICE**

*Miller v. Gymboree Corp.*

I, the undersigned, state that I am employed in the City and County of San Diego, State of California; that I am over the age of eighteen (18) years and not a party to the within action; that I am employed at Barrack, Rodos & Bacine, 402 West Broadway, Suite 850, San Diego, California 92101; and that on April 25, 2007, I served a true copy of the attached:

**NOTICE OF PENDENCY OF OTHER ACTIONS PURSUANT TO CIVIL LOCAL RULE 3-13**

to the parties listed on the attached Service List by the following means of service:

☐ **BY E-FILE:** I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Service List.

☐ **BY E-MAIL:** I e-mailed a true copy addressed as indicated in the attached Service List, on the above-mentioned date.

☒ **BY MAIL:** I placed a true copy in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business and there is a regular communication by mail between the place of mailing and the place so addressed.

☒ **BY PERSONAL SERVICE/HAND DELIVERY:**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 25th day of April, 2007.

CYNTHIA M. FESSIA



Apr. 26. 2007 11:49AM No. 1571 P. 6

**GYMBOREE CORPORATION**
**SERVICE LIST**

**COUNSEL FOR PLAINTIFF JENNIFER LOPEZ**

*James Mark Moore (mark@spiromoss.com)
*Robert Ira Spiro (ira@spiromoss.com)
SPIRO MOSS BARNES LLP
11377 West Olympic Boulevard
Fifth Floor
Los Angeles, CA 90064
Telephone: (310) 235-2468
Fax: (310) 235-2456

**COUNSEL FOR PLAINTIFF DANA MITCHELL**

*Elizabeth Aida Acevedo (eacevedo@kellergrover.com)
*Eric A. Grover (eagrover@kellergrover.com)
*Jade Erin Butman (JButman@KellerGrover.com)
KELLER GROVER LLP
425 Second Street
Suite 500
San Francisco, CA 94107
Telephone: (415) 543-1305
Fax: (415) 543-7861

*Scott Allen Miller (millaw@sbcglobal.net)
LAW OFFICES OF SCOTT A. MILLER, A.P.C.
16133 Ventura Blvd.
Suite 1200
Encino, CA 91436
Telephone: (818) 788-8081
Fax: (818) 788-8080

*Steven Lee Miller (stevenlmiller@sbcglobal.net)
LAW OFFICES OF SCOTT A. MILLER, A.P.C.
16133 Ventura Blvd.
Suite 1200
Encino, CA 91436
Telephone: (818) 788-8081
Fax: (818) 788-8080

*Mark R. Thierman, Esq.
THIERMAN LAW FIRM
7287 Lakeside Drive
Reno, Nevada 89511
Telephone: (775) 284-1500

**COUNSEL FOR DEFENDANT THE GYMBOREE CORPORATION**

*Brian David Anderson (banderson@sheppardmullin.com)
SHEPPARD MULLIN
Four Embarcadero Center
17th Floor
San Francisco, CA 94111
Telephone (415) 434-9100

**DEFENDANT**

**GYMBOREE CORP.
500 Howard Street
San Francisco, CA 94105

***Served by U.S. Mail**
****Served by hand-delivery**

Apr. 26. 2007 11:49AM 1ST NATIONWIDE No. 1571 P. 8