BARRACK, RODOS & BACINE
STEPHEN R. BASSER (121590)
sbasser@barrack.com
JOHN L. HAEUSSLER (215044)
jhaeussler@barrack.com
402 West Broadway, Suite 850
San Diego, CA 92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874

[Additional counsel listed on signature page]

Attorneys for Plaintiff Lauren Miller

FILED
2007 APR 26 PM 12: 36
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAUREN MILLER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GYMBOREE CORP., a Delaware Corporation,<br><br>Defendant. | Case No.: C 07 2270 SBA<br><br>CLASS ACTION<br><br>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-16<br><br>DEMAND FOR JURY TRIAL |

CERT. OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R 3-16
Master File No.:

| | |
|---|---|
| 1 | Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed |
| 2 | persons, associations of persons, firms, partnerships, corporations (including parent corporation) |
| 3 | or other entities (i) have a financial interest in the subject matter in controversy or in a party to |
| 4 | the proceedings, or (ii) have a non-financial interest in that subject matter or in a party that |
| 5 | could be substantially affected by the outcome of this proceeding: |

Plaintiff Lauren Miller

Defendant Gymboree Corporation

DATED: April 25, 2007

BARRACK, RODOS & BACINE
STEPHEN R. BASSER
JOHN L. HAEUSSLER

_____
STEPHEN R. BASSER

402 West Broadway, Suite 850
San Diego, CA 92101
Telephone: (619) 230-0800

BARRACK, RODOS & BACINE
DANIEL E. BACINE
JEFFREY GITTLEMAN
LISA M. LAMB
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-0600

Attorneys for Plaintiff Lauren Miller

CERT. OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R 3-16
Master File No.: