| Attorney or Party without Attorney:<br>John L. Haeussler, Esq.<br>Barrack, Rodos & Bacine<br>402 West Broadway, Suite 850<br>San Diego, CA 92101<br>Telephone No: 619-230-0800    FAX No: 619-230-1874<br><br>Attorney for: Plaintiff | For Court Use Only |
|---|---|

| Ref. No. or File No.: |
|---|

*Insert name of Court, and Judicial District and Branch Court:*
United Stated District Court - Northern District Of California

*Plaintiff:* Lauren Miller

*Defendant:* Gymboree Corporation

| **PROOF OF SERVICE**<br>**Summons In A Civil Case** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C072270SBA |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Complaint; Civil Cover Sheet; Certification Of Interested Entities Or Persons Pursuant To Civil L.R. 3-16; Notice Of Pendency Of Other Actions Pursuant To Civil L.R. 3-13; Order Setting Initial Case Management Conference And Adr Deadlines; Judge Armstrongs Standing Orders; Standing Orders For All Judges Of The Ndca; General Order No. 40; Joint Case Management Statement And Proposed Order (Blank); Welcome To The Usdc Guidelines; Faq; Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction; Notice Of Waiver Of Lawsuit And Request For Waiver Of Service Of Summons; Waiver Of Service Of Summons; Consent To Proceed Before A Us Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A Us District Judge; Ecf Registration; Judge Armstrong Standing Orders; Adr Forms Regarding Selection Of An Adr Process; General Order No 45

3. a. *Party served:*      Gymboree Corp., a Delaware Corporation
    b. *Person served:*    Becky DeGeorge, Person Authorized to Accept Service

4. *Address where the party was served:*    CSC Lawyers
                                               2730 Gateway Oaks Drive, # 100
                                               Sacramento, CA 95833

5. *I served the party:*
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Apr. 26, 2007 (2) at: 2:53PM

7. *Person Who Served Papers:*                                   Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. Jason Marshall

                                 d. *The Fee for Service was:*



                 1ˢᵗ Nationwide Legal Services      e.   I am: (3) registered California process server
                 501 12th Street                             *(i)*    Independent Contractor
                 Sacramento CA, 95814                     *(ii)*   *Registration No.:*     98-61
                 **Voice: 916.449.8990**                 *(iii)*   *County:*               Sacramento
                 **FAX: 916.449.8991**                 *(iv)*   *Expiration Date:*     Fri, Jun. 27, 2008

8.   *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

    Date:Thu, Apr. 26, 2007

                                                                    (Jason Marshall)