| | |
|---|---|
| 1 | BARRACK, RODOS & BACINE |
|   | STEPHEN R. BASSER (121590) |
| 2 | sbasser@barrack.com |
|   | JOHN L. HAEUSSLER (215044) |
| 3 | jhaeussler@barrack.com |
|   | 402 West Broadway, Suite 850 |
| 4 | San Diego, CA 92101 |
|   | Telephone: (619) 230-0800 |
| 5 | Facsimile:  (619) 230-1874 |
| 6 | [Additional counsel listed on signature page] |
| 7 | Attorneys for Plaintiff Lauren Miller |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAUREN MILLER, individually and on behalf of all others similarly situated, | Case No.: C-07-2270 |
| Plaintiff, | **CLASS ACTION** |
| vs. | AMENDED CERTIFICATE OF SERVICE TO THE NOTICE OF PENDENCY OF OTHER ACTIONS PURSUANT TO CIVIL LOCAL RULE 3-13 |
| GYMBOREE CORP., a Delaware Corporation, | |
| Defendant. | DEMAND FOR JURY TRIAL |

AMENDED CERT. OF SERVICE TO THE NOTICE OF PENDENCY OF OTHER
ACTIONS PURSUANT TO CIVIL LOCAL RULE 3-13 – Case No.: C-07-2270

# AMENDED CERTIFICATE OF SERVICE

I, the undersigned, state that I am employed in the City and County of San Diego, State of California; that I am over the age of eighteen (18) years and not a party to the within action; that I am employed at Barrack, Rodos & Bacine, 402 West Broadway, Suite 850, San Diego, California 92101.

I declare as follows:

1. On April 25, 2007, I served a true copy of the **NOTICE OF PENDENCY OF OTHER ACTIONS PURSUANT TO CIVIL LOCAL RULE 3-13** on these parties:

**COUNSEL FOR PLAINTIFF JENNIFER LOPEZ:**
James Mark Moore (mark@spiromoss.com)
Robert Ira Spiro (ira@spiromoss.com)
SPIRO MOSS BARNES LLP
11377 West Olympic Boulevard, Fifth Floor, Los Angeles, CA  90064

**COUNSEL FOR PLAINTIFF DANA MITCHELL:**
Elizabeth Aida Acevedo (eacevedo@kellergrover.com)
Eric A. Grover (eagrover@kellergrover.com)
Jade Erin Butman (JButman@KellerGrover.com)
KELLER GROVER LLP
425 Second Street, Suite 500, San Francisco, CA  94107

Scott Allen Miller (millaw@sbcglobal.net)
LAW OFFICES OF SCOTT A. MILLER, A.P.C.
16133 Ventura Blvd., Suite 1200, Encino, CA  91436

Steven Lee Miller (stevenlmiller@sbcglobal.net)
LAW OFFICES OF SCOTT A. MILLER, A.P.C.
16133 Ventura Blvd., Suite 1200, Encino, CA  91436

Mark R. Thierman, Esq.
THIERMAN LAW FIRM
7287 Lakeside Drive, Reno, Nevada  89511

**COUNSEL FOR DEFENDANT THE GYMBOREE CORPORATION:**
Brian David Anderson (banderson@sheppardmullin.com)
SHEPPARD MULLIN
Four Embarcadero Center, 17th Floor, San Francisco, CA  94111

by the following means of service:

☒ **BY MAIL:** I placed a true copy in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business and there is a regular communication by mail between the place of mailing and the place so addressed.

2. On April 25, 2007, I delivered a true copy of the **NOTICE OF PENDENCY OF OTHER ACTIONS PURSUANT TO CIVIL LOCAL RULE 3-13** to 1st Nationwide Legal Services, an attorney service provider, for hand-delivery/personal service on DEFENDANT GYMBOREE CORP., at 500 Howard Street, San Francisco, CA 94105.

3. On April 26, 2007, a true copy of the **NOTICE OF PENDENCY OF OTHER ACTIONS PURSUANT TO CIVIL LOCAL RULE 3-13** was hand-delivered/personally served on DEFENDANT GYMBOREE CORP., c/o CSC-Lawyers Incorporating Service, at 2730 Gateway Oaks Drive, # 100, Sacramento, CA 95833.

4. On May 1, 2007, I served a true copy of the **AMENDED CERTIFICATE OF SERVICE TO THE NOTICE OF PENDENCY OF OTHER ACTIONS PURSUANT TO CIVIL LOCAL RULE 3-13** on these parties:

**COUNSEL FOR PLAINTIFF JENNIFER LOPEZ:**
James Mark Moore (mark@spiromoss.com)
Robert Ira Spiro (ira@spiromoss.com)
SPIRO MOSS BARNES LLP
11377 West Olympic Boulevard, Fifth Floor, Los Angeles, CA 90064

**COUNSEL FOR PLAINTIFF DANA MITCHELL:**
Elizabeth Aida Acevedo (eacevedo@kellergrover.com)
Eric A. Grover (eagrover@kellergrover.com)
Jade Erin Butman (JButman@KellerGrover.com)
KELLER GROVER LLP
425 Second Street, Suite 500, San Francisco, CA 94107

Scott Allen Miller (millaw@sbcglobal.net)
LAW OFFICES OF SCOTT A. MILLER, A.P.C.
16133 Ventura Blvd., Suite 1200, Encino, CA 91436

Steven Lee Miller (stevenlmiller@sbcglobal.net)
LAW OFFICES OF SCOTT A. MILLER, A.P.C.
16133 Ventura Blvd., Suite 1200, Encino, CA 91436

Mark R. Thierman, Esq.
THIERMAN LAW FIRM
7287 Lakeside Drive, Reno, Nevada 89511

**COUNSEL FOR DEFENDANT THE GYMBOREE CORPORATION:**
Brian David Anderson (banderson@sheppardmullin.com)
SHEPPARD MULLIN
Four Embarcadero Center, 17th Floor, San Francisco, CA 94111

///
///
///
///

**DEFENDANT THE GYMBOREE CORPORATION:**
DEFENDANT GYMBOREE CORP.,
c/o CSC-Lawyers Incorporating Service
P.O. Box 526036, Sacramento, CA 95852

by the following means of service:

☒ **BY MAIL:** I placed a true copy in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business and there is a regular communication by mail between the place of mailing and the place so addressed.

☒ **BY E-FILE:** I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Service List.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 1st day of May, 2007.

_____
CYNTHIA M. FESSIA