1  BARRACK, RODOS & BACINE
   STEPHEN R. BASSER (121590)
2  sbasser@barrack.com
   JOHN L. HAEUSSLER (215044)
3  jhaeussler@barrack.com
   402 West Broadway, Suite 850
4  San Diego, CA  92101
   Telephone:  (619) 230-0800
5  Facsimile:   (619) 230-1874

6  [Additional counsel listed on signature page]

7  Attorneys for Plaintiff Lauren Miller

8

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11

12

13 LAUREN MILLER, individually and on      )   Case No.: 3:07-cv-02270-SI
   behalf of all others similarly situated, )
                                            )
14             Plaintiff,                   )   NOTICE OF MOTION AND MOTION OF
                                            )   PLAINTIFF LAUREN MILLER FOR
15      vs.                                 )   CONSOLIDATION OF RELATED
                                            )   CASES
16 GYMBOREE CORP., a Delaware               )
   Corporation,                             )   DATE: July 27, 2007
17                                          )   TIME:  9:00 a.m.
               Defendant.                   )   CTRM: 10, 19th Floor
18 _____    )   JUDGE: Honorable Susan Illston

19

20

21

22

23

24

25

26

27

28

PLEASE TAKE NOTICE that on July 27, 2007 at 9:00 a.m., or soon thereafter as the matter may be heard by the Court, Plaintiff Lauren Miller shall and does hereby move this Court for an order consolidating the following actions, pursuant to Federal Rules of Civil Procedure 42(a):

| Abbreviated Case Name | Case No. | Date Filed |
|---|---|---|
| *Lopez v. The Gymboree Corporation, et al.* | 3:07-cv-00087-SI | January 5, 2007 |
| *Mitchell v. The Gymboree Corporation, et al.* | 3:07-cv-00739-SI | February 5, 2007 |
| *Miller v. The Gymboree Corporation, et al.* | 3:07-cv-02270-SI | April 25, 2007 |

This motion for consolidation is made on the grounds that these actions are based upon similar factual allegations, raise similar issues of fact and law and are brought as class actions on behalf of nearly identical classes. This motion is also brought on the grounds that consolidation of these cases will promote efficiency.

This motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities in support thereof, and the arguments to be made before the Court at the hearing on this motion, and all other papers and pleadings on file in this action.

DATED: May 30, 2007

BARRACK, RODOS & BACINE
STEPHEN R. BASSER
JOHN L. HAEUSSLER

   /s/ John L. Haeussler
JOHN L. HAEUSSLER

402 West Broadway, Suite 850
San Diego, CA 92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874

BARRACK, RODOS & BACINE
DANIEL E. BACINE
JEFFREY GITTLEMAN
LISA M. LAMB
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-0600
Facsimile: (215) 963-0838
Attorneys for Plaintiff Lauren Miller

# CERTIFICATE OF SERVICE

*Miller v. The Gymboree Corp.*
Case No. : 3:07-cv-02270-SI

I, the undersigned, state that I am employed in the City and County of San Diego, State of California; that I am over the age of eighteen (18) years and not a party to the within action; that I am employed at Barrack, Rodos & Bacine, 402 West Broadway, Suite 850, San Diego, California 92101; and that on May 30, 2007, I served a true copy of the attached:

**NOTICE OF MOTION AND MOTION OF PLAINTIFF LAUREN MILLER FOR CONSOLIDATION OF RELATED CASES**

to the parties listed on the attached Service List by the following means of service:

☒ **BY E-FILE:** I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Service List.

☒ **BY E-MAIL**: I e-mailed a true copy addressed as indicated in the attached Service List, on the above-mentioned date.

☒ **BY MAIL**: I placed a true copy in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business and there is a regular communication by mail between the place of mailing and the place so addressed.

☐ **BY PERSONAL SERVICE/HAND DELIVERY:**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 30th day of May, 2007.

                                                    /s/ Tara R. Burd
                                                  TARA R. BURD

## GYMBOREE CORPORATION
## SERVICE LIST

**COUNSEL FOR PLAINTIFF JENNIFER LOPEZ**

James Mark Moore (mark@spiromoss.com)
Robert Ira Spiro (ira@spiromoss.com)
SPIRO MOSS BARNES LLP
11377 West Olympic Boulevard
Fifth Floor
Los Angeles, CA  90064
Telephone: (310) 235-2468
Fax: (310) 235-2456


**COUNSEL FOR PLAINTIFF DANA MITCHELL**

Elizabeth Aida Acevedo (eacevedo@kellergrover.com)
Eric A. Grover (eagrover@kellergrover.com)
Jade Erin Butman (JButman@kellergrover.com)
KELLER GROVER LLP
425 Second Street
Suite 500
San Francisco, CA  94107
Telephone: (415) 543-1305
Fax: (415) 543-7861

Scott Allen Miller (millaw@sbcglobal.net)
Steven Lee Miller (stevenlmiller@sbcglobal.net)
LAW OFFICES OF SCOTT A. MILLER, A.P.C.
16133 Ventura Blvd.
Suite 1200
Encino, CA  91436
Telephone: (818) 788-8081
Fax: (818) 788-8080

Mark R. Thierman, Esq.
THIERMAN LAW FIRM
7287 Lakeside Drive
Reno, Nevada  89511
Telephone: (775) 284-1500


**COUNSEL FOR DEFENDANT THE GYMBOREE CORPORATION**

Brian David Anderson (banderson@sheppardmullin.com)
SHEPPARD MULLIN
Four Embarcadero Center
17th Floor
San Francisco, CA  94111
Telephone (415) 434-9100

**DEFENDANT**

GYMBOREE CORP.
500 Howard Street
San Francisco, CA 94105

GYMBOREE CORP.
c/o CSC Lawyers
2730 Gateway Oaks Drive, #100
Sacramento, CA  95833