1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

10
11
12
13
14
15

| | |
|---|---|
| LAUREN MILLER, individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br><br>   vs.<br><br>THE GYMBOREE CORP., a Delaware Corporation,<br><br>              Defendant. | Case No.: 3:07-cv-02270-SI<br><br>[PROPOSED] ORDER TO CONSOLIDATE RELATED CASES |

16
17
18
19
20
21
22
23
24
25
26
27
28

1  A motion to consolidate related cases (the "Motion") came on for hearing in the ordinary
2  course. Having considered the papers submitted and for good cause shown, the Court ORDERS
3  as follows:
4  1.  The following actions are hereby consolidated for all purposes, including pretrial
5  proceedings, trial and appeal:

| Abbreviated Case Name | Case No. | Date Filed |
|---|---|---|
| *Lopez v. The Gymboree Corporation, et al.* | 3:07-cv-00087-SI | January 5, 2007 |
| *Mitchell v. The Gymboree Corporation, et al.* | 3:07-cv-00739-SI | February 5, 2007 |
| *Miller v. The Gymboree Corporation, et al.* | 3:07-cv-02270-SI | April 25, 2007 |

**IT IS SO ORDERED**.

DATED: _____

UNITED STATES DISTRICT COURT JUDGE

Respectfully Submitted:

BARRACK, RODOS & BACINE
STEPHEN R. BASSER
JOHN L. HAEUSSLER

    /s/ John L. Haeussler
      JOHN L. HAEUSSLER

402 West Broadway, Suite 850
San Diego, CA  92101
Telephone:  (619) 230-0800
Facsimile:   (619) 230-1874

BARRACK, RODOS & BACINE
DANIEL E. BACINE
JEFFREY GITTLEMAN
LISA M. LAMB
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA  19103
Telephone:  (215) 963-0600
Facsimile:   (215) 963-0838

Attorneys for Plaintiff Lauren Miller

1
[PROP.] ORDER TO CONSOLIDATE RELATED CASES
Master File No.:  3:07-cv-02270-SI

1    **CERTIFICATE OF SERVICE**

2    *Miller v. The Gymboree Corp.*
Case No. : 3:07-cv-02270-SI

3

4    I, the undersigned, state that I am employed in the City and County of San Diego, State of California; that I am over the age of eighteen (18) years and not a party to the within action; that I am employed at Barrack, Rodos & Bacine, 402 West Broadway, Suite 850, San Diego, California 92101; and that on May 30, 2007, I served a true copy of the attached:

5

6

7    **[PROPOSED] ORDER TO CONSOLIDATE RELATED CASES**

to the parties listed on the attached Service List by the following means of service:

8

9    ☒   **BY E-FILE:** I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Service List.

10

11

12    ☒   **BY E-MAIL**: I e-mailed a true copy addressed as indicated in the attached Service List, on the above-mentioned date.

13

14    ☒   **BY MAIL**:   I placed a true copy in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List, on the above-mentioned date.  I am familiar with the firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. Postal Service on that same day in the ordinary course of business and there is a regular communication by mail between the place of mailing and the place so addressed.

15

16

17

18    ☐   **BY PERSONAL SERVICE/HAND DELIVERY:**

19

20    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 30th day of May, 2007.

21

22

23                                         /s/ Tara R. Burd
                                        TARA R. BURD
24

25

26

27

28

[PROP.] ORDER TO CONSOLIDATE RELATED CASES
Master File No.:  3:07-cv-02270-SI

**GYMBOREE CORPORATION**
**SERVICE LIST**

**COUNSEL FOR PLAINTIFF JENNIFER LOPEZ**

James Mark Moore (mark@spiromoss.com)
Robert Ira Spiro (ira@spiromoss.com)
SPIRO MOSS BARNES LLP
11377 West Olympic Boulevard
Fifth Floor
Los Angeles, CA  90064
Telephone: (310) 235-2468
Fax: (310) 235-2456


**COUNSEL FOR PLAINTIFF DANA MITCHELL**

Elizabeth Aida Acevedo (eacevedo@kellergrover.com)
Eric A. Grover (eagrover@kellergrover.com)
Jade Erin Butman (JButman@kellergrover.com)
KELLER GROVER LLP
425 Second Street
Suite 500
San Francisco, CA  94107
Telephone: (415) 543-1305
Fax: (415) 543-7861

Scott Allen Miller (millaw@sbcglobal.net)
Steven Lee Miller (stevenlmiller@sbcglobal.net)
LAW OFFICES OF SCOTT A. MILLER, A.P.C.
16133 Ventura Blvd.
Suite 1200
Encino, CA  91436
Telephone: (818) 788-8081
Fax: (818) 788-8080

Mark R. Thierman, Esq.
THIERMAN LAW FIRM
7287 Lakeside Drive
Reno, Nevada  89511
Telephone: (775) 284-1500


**COUNSEL FOR DEFENDANT THE GYMBOREE CORPORATION**

Brian David Anderson (banderson@sheppardmullin.com)
SHEPPARD MULLIN
Four Embarcadero Center
17th Floor
San Francisco, CA  94111
Telephone (415) 434-9100

**DEFENDANT**

GYMBOREE CORP.
500 Howard Street
San Francisco, CA 94105

GYMBOREE CORP.
c/o CSC Lawyers
2730 Gateway Oaks Drive, #100
Sacramento, CA  95833