BARRACK, RODOS & BACINE
STEPHEN R. BASSER (121590)
sbasser@barrack.com
JOHN L. HAEUSSLER (215044)
jhaeussler@barrack.com
402 West Broadway, Suite 850
San Diego, CA  92101
Telephone:  (619) 230-0800
Facsimile:  (619) 230-1874

[Additional counsel listed on signature page]

Attorneys for Plaintiff Lauren Miller

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN MILLER, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>THE GYMBOREE CORP., a Delaware Corporation,<br><br>       Defendant. | Case No.:  3:07-cv-02270-SI<br><br>MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF LAUREN MILLER'S MOTION TO CONSOLIDATE RELATED CASES<br><br>DATE:  July 27, 2007<br>TIME:  9:00 a.m.<br>CTRM: 10, 19th Floor<br>JUDGE: Honorable Susan Illston |

## I.    INTRODUCTION

Presently pending before this Court are three related and substantially identical actions against The Gymboree Corporation ("Gymboree") for violations of the Fair and Accurate Credit Transactions Act of 2003, 15 U.S.C. § 1681 *et. seq.* ("FACTA").  The pending cases are:

| Abbreviated Case Name | Case No. | Date Filed |
|---|---|---|
| *Lopez v. The Gymboree Corporation, et al.* | 3:07-cv-00087-SI | January 5, 2007 |
| *Mitchell v. The Gymboree Corporation, et al.* | 3:07-cv-00739-SI | February 5, 2007 |
| *Miller v. The Gymboree Corporation, et al.* | 3:07-cv-02270-SI | April 25, 2007 |

The *Lopez* and *Mitchell* actions were consolidated pursuant to this Courts' order on May 14, 2007, and all three of these actions were related pursuant to this Court's order of May 18, 2007.[1]  All three of these actions should now be consolidated pursuant to Fed. R. Civ. P. 42(a). All of the actions are based upon similar factual allegations, raise similar issues of fact and law and are brought as class actions on behalf of nearly identical classes.  Thus, consolidation of the *Lopez, Mitchell and Miller* actions is appropriate.

## II.    FACTUAL BACKGROUND

Plaintiffs in all three of the above referenced class actions pending in this Court allege that Gymboree violated FACTA by printing the expiration date and/or more than the last five digits of Plaintiffs' credit and/or debit card numbers on sales receipts.  All of the claims, allegations and causes of action in the above-referenced cases pending in this Court are not only similar, but charge the same party, Gymboree, with wrongdoing.  In addition, each of the class actions is brought on behalf of similar classes.

///

///

///

---

[1]    The Court has not previously been presented with a motion to consolidate all three related actions.

MEM. OF P.&A. I.S.O. PL.'S MOT. TO CONSOL. REL. CASES
Master File No.:  3:07-cv-02270-SI

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## III.    ARGUMENT

### A.    Consolidation Is Warranted For The Efficient Administration Of The Related Actions.

Consolidation is appropriate where, as here, there are actions involving common questions of law or fact, and where the purported classes are the same.  Rule 42(a) of the Federal Rules of Civil Procedure provides as follows:

> When actions involving a common question of law or fact are pending before the court, it may order a joint hearing or trial of any or all of the matters in issue in the actions; it may order all the actions consolidated; and it may make such orders concerning proceedings therein as may tend to avoid unnecessary costs or delay.

This District has recently granted a motion for consolidation of multiple class actions that involve "substantially similar, if not identical, factual and legal claims against the same defendants" and identical purported classes.  *Siegall v. Tibco Software, Inc.*, No. C-05-2146-SBA (Related Case Nos. C-05-2205-SBA and C-05-2373-SBA), 2006 U.S. Dist. LEXIS 26780, at *9 (N.D. Cal. Feb. 24, 2006).  Here, as in *Siegall*, the three related actions involve substantially similar factual and legal claims and have been brought against the same defendant, Gymboree, on behalf of effectively identical purported classes.

Furthermore, consolidation is necessary to avoid unnecessary costs or delay, to maintain efficiency, and to assure that case administration is consistent.  Fed. R. Civ. P. 42(a).  Conducting the three related actions separately would be burdensome and result in duplicative litigation, including discovery and motion practice, before this Court:  "The purpose of consolidation is to avoid the unnecessary costs or delays that would ensue from proceeding separately with claims or issues sharing common aspects of law or fact."  *Siegall*, 2006 U.S. Dist. LEXIS 26780, at *5.  Separate proceedings could also result in conflicting results.[2]

///

///

///

---

[2]    While movant has not proposed a formal leadership structure, movant reserves the right to propose a leadership structure at a later date in order to advance efficiency and economy in the prosecution of these actions.

2

1

IV.    **CONCLUSION**

2          For the foregoing and above-referenced reasons, it is respectfully requested that the

3    *Lopez, Mitchell* and *Miller* actions be consolidated.

4    DATED:  May 30, 2007                          BARRACK, RODOS & BACINE
                                                    STEPHEN R. BASSER
5                                                   JOHN L. HAEUSSLER

6

7                                                         /s/ John L. Haeussler
                                                    JOHN L. HAEUSSLER
8

9                                                   402 West Broadway, Suite 850
                                                    San Diego, CA  92101
10                                                  Telephone:  (619) 230-0800
                                                    Facsimile:  (619) 230-1874
11

12                                                  BARRACK, RODOS & BACINE
                                                    DANIEL E. BACINE
13                                                  JEFFREY GITTLEMAN
                                                    LISA M. LAMB
14                                                  3300 Two Commerce Square
                                                    2001 Market Street
15                                                  Philadelphia, PA  19103
                                                    Telephone:  (215) 963-0600
16                                                  Facsimile:  (215) 963-0838

17                                                  *Attorneys for Plaintiff Lauren Miller*

18

19

20

21

22

23

24

25

26

27

28

MEM. OF P.&A. I.S.O. PL.'S MOT. TO CONSOL. REL. CASES
Master File No.:  3:07-cv-02270-SI

1

**CERTIFICATE OF SERVICE**

2

*Miller v. The Gymboree Corp.*
Case No. : 3:07-cv-02270-SI

3

4      I, the undersigned, state that I am employed in the City and County of San Diego, State of California; that I am over the age of eighteen (18) years and not a party to the within action;

5      that I am employed at Barrack, Rodos & Bacine, 402 West Broadway, Suite 850, San Diego, California 92101; and that on May 30, 2007, I served a true copy of the attached:

6

7      **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF LAUREN MILLER'S MOTION TO CONSOLIDATE RELATED CASES**

8      to the parties listed on the attached Service List by the following means of service:

9

10     ☒     **BY E-FILE:**  I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses

11     denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-

12     CM/ECF participants indicated on the attached Service List.

13     ☒     **BY E-MAIL**: I e-mailed a true copy addressed as indicated in the attached Service List, on the above-mentioned date.

14

15     ☒     **BY MAIL**:    I placed a true copy in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List, on the above-

16     mentioned date.  I am familiar with the firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. Postal Service on that same

17     day in the ordinary course of business and there is a regular communication by mail between the place of mailing and the place so addressed.

18

19     ☐     **BY PERSONAL SERVICE/HAND DELIVERY:**

20

21     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed this 30th day of May, 2007.

22

23                                         /s/ Tara R. Burd
                                         TARA R. BURD

24

25

26

27

28

4

## GYMBOREE CORPORATION
## SERVICE LIST

### COUNSEL FOR PLAINTIFF JENNIFER LOPEZ

James Mark Moore (mark@spiromoss.com)
Robert Ira Spiro (ira@spiromoss.com)
SPIRO MOSS BARNES LLP
11377 West Olympic Boulevard
Fifth Floor
Los Angeles, CA  90064
Telephone: (310) 235-2468
Fax: (310) 235-2456

### COUNSEL FOR PLAINTIFF DANA MITCHELL

Elizabeth Aida Acevedo (eacevedo@kellergrover.com)
Eric A. Grover (eagrover@kellergrover.com)
Jade Erin Butman (JButman@kellergrover.com)
KELLER GROVER LLP
425 Second Street
Suite 500
San Francisco, CA  94107
Telephone: (415) 543-1305
Fax: (415) 543-7861

Scott Allen Miller (millaw@sbcglobal.net)
Steven Lee Miller (stevenlmiller@sbcglobal.net)
LAW OFFICES OF SCOTT A. MILLER, A.P.C.
16133 Ventura Blvd.
Suite 1200
Encino, CA  91436
Telephone: (818) 788-8081
Fax: (818) 788-8080

Mark R. Thierman, Esq.
THIERMAN LAW FIRM
7287 Lakeside Drive
Reno, Nevada  89511
Telephone: (775) 284-1500

### COUNSEL FOR DEFENDANT THE GYMBOREE CORPORATION

Brian David Anderson (banderson@sheppardmullin.com)
SHEPPARD MULLIN
Four Embarcadero Center
17th Floor
San Francisco, CA  94111
Telephone (415) 434-9100

**<u>DEFENDANT</u>**

GYMBOREE CORP.
500 Howard Street
San Francisco, CA 94105

GYMBOREE CORP.
c/o CSC Lawyers
2730 Gateway Oaks Drive, #100
Sacramento, CA  95833