UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 6/1/07

Case No.   C-07-0087 SI          Judge:   SUSAN ILLSTON

Title: JENNIFER LOPEZ  -v- THE GYMBOREE GROUP

Attorneys: Haeussler, Grover, Moore            Anderson, Cardon

Deputy Clerk: Tracy Sutton   Court Reporter: C. Kuhl

**PROCEEDINGS**

1)   Defendant's Motion to Dismiss - HELD

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( X )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( X ) SUBMITTED
                                   PART

Case continued to    @ 2:30 p.m. for Further Case Management Conference

Case continued to    @ 9:00 a.m.   for Motions
(Motion due , Opposition  Reply )

Case continued to    @ 3:30 p.m.  for Pretrial Conference

Case continued to    @ 8:30 a.m.  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING: