1  Richard P. Sybert, Bar No. 80731
   rsybert@gordonrees.com
2  GORDON & REES LLP
   101 West Broadway, Suite 1600
3  San Diego, California  92101
   tel (619) 696-6700 / fax (619) 696-7124
4
   Aaron P. Rudin, Bar No. 223004
5  arudin@gordonrees.com
   GORDON & REES LLP
6  633 West Fifth Street, Suite 4900
   Los Angeles, California 90071
7  tel (213) 576-5000 / fax (213) 680-4470

8  Dion N. Cominos, Bar No. 136522
   dcominos@gordonrees.com
9  GORDON & REES LLP
   275 Battery Street, Suite 2000
10 San Francisco, California 94111
   tel (415) 986-5900 / fax (415) 986-8054
11
   Attorneys for Defendant
12 THE GYMBOREE CORPORATION

13

14
                      UNITED STATES DISTRICT COURT
15
                     NORTHERN DISTRICT OF CALIFORNIA
16

17

18 | JENNIFER LOPEZ, individually and on     ) Case No. 3:07-CV-00087 SI
   | behalf of all others similarly situated,) (*Consolidated with Case Nos.
                                             ) *C07-00739 SI and C07-02270 SI)*
19 |             Plaintiff,                  )
                                             ) **DEFENDANT THE**
20 |        v.                                ) **GYMBOREE**
                                             ) **CORPORATION'S NOTICE**
21 | THE GYMBOREE CORPORATION and            ) **OF ASSOCIATION OF**
   | DOES 1-10,                              ) **COUNSEL**
22 |                                          )
   |             Defendants.                 )
23 |_____)
   | AND ALL RELATED CASES                   )
24 |_____)

25

26     **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

27     **PLEASE TAKE NOTICE** that Defendant THE GYMBOREE

28 CORPORATION, hereby associates in Richard P. Sybert (CA Bar No. 80731) of

- 1 -

1  Gordon & Rees, LLP 101 West Broadway, Suite 1600, San Diego, California
2  92101, Aaron P. Rudin (CA Bar No. 223004) of Gordon & Rees, LLP, 633 West
3  Fifth Street, Suite 4900, Los Angeles, California 90071, and Dion N. Cominos
4  (CA Bar No. 136522) of Gordon & Rees, LLP, 275 Battery Street, Suite 2000, San
5  Francisco, California 94111, as counsel of record with Sheppard, Mullin, Richter
6  & Hampton LLP.

7      All parties are requested to direct copies of all future correspondence,
8  pleadings, discovery, and other papers served in these consolidated actions to the
9  associated counsel, in addition to counsel of record.

11 DATED: June 8, 2007                    GORDON & REES, LLP

13                                         /S/ Aaron P. Rudin
                                          _____
14                                        Richard P. Sybert
                                          Dion N. Cominos
15                                        Aaron P. Rudin
                                          Attorneys for Defendant
16                                        THE GYMBOREE CORPORATION

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP 633 West Fifth Street, Suite 4900, Los Angeles, CA 90071. On June 8, 2007, I served the within documents:

**DEFENDANT THE GYMBOREE CORPORATION'S NOTICE OF ASSOCIATION OF COUNSEL**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at Los Angeles, addressed as set forth below.

   SEE ATTACHED SERVICE LIST

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

Executed on June 8, 2007, at Los Angeles, California.

/s/ Priscilla Olivas
_____
Priscilla Olivas

SERVICE LIST

| | |
|---|---|
| **Jennifer Lopez**<br>*individually and on behalf of all others similarly situated* | **Eric A. Grover**<br>Keller Grover LLP<br>425 Second Street, Suite 500<br>San Francisco, CA 94107<br>(415) 543-7861 |
| | **Robert Ira Spiro**<br>**James Mark Moore**<br>Spiro Moss Barness LLP<br>11377 West Olympic Boulevard, 5th Floor<br>Los Angeles, CA 90064<br>310-235-2468 |
| | **Scott Allen Miller**<br>Law Offices of Scott A. Miller, A.P.C.<br>16133 Ventura Blvd.<br>Suite 1200<br>Encino, CA 91436<br>818-788-8081<br>Fax: 818-788-8080 |
| **The Gymbore Corporation** | **Brian David Anderson**<br>Sheppard Mullin<br>Four Embarcadero Center<br>17th Floor<br>San Francisco, CA 94111<br>415-434-9100 |
| **Lauren Miller**<br>*07-2270* | **Stephen R. Basser**<br>Barrack, Rodos & Bacine<br>402 W. Broadway Ste 850<br>San Diego, CA 92101<br>(619) 230-0800 |
| | **John L. Haeussler**<br>Barrack Rodos & Bacine<br>402 West Braodway, Suite 850<br>San Diego, CA 92101 |
| **Dana Mitchell**<br>*07-0739* | **Elizabeth Aida Acevedo**<br>Keller Grover LLP<br>425 Second Street Suite 500<br>San Francisco, CA 94107 |