SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
P. CRAIG CARDON, Cal. Bar No. 168646
BRIAN D. ANDERSON, Cal. Bar No. 221645
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:   415-434-9100
Facsimile:   415-434-3947

Attorneys for The Gymboree Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN MILLER, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>   v.<br><br>THE GYMBOREE CORP., a Delaware Corporation,<br><br>            Defendant | Case No. 3:07-cv-02270-SI<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS (FED. R. CIV. P. 12(b)(6)); MOTION TO STRIKE (FED. R. CIV. P. 12(f)); AND, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT (FED. R. CIV. P. 12(e))**<br><br>Date: July 27, 2007<br>Time: 9:00 a.m.<br>Courtroom: Courtroom 10, 19th Floor<br>Judge: Hon. Susan Illston<br><br>[Complaint Filed: April 25, 2007] |

## NOTICE AND MOTION

TO THE ABOVE-ENTITLED COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on **Friday, July 27, 2007 at 9:00 a.m.**, or as soon thereafter as counsel may be heard, Defendants The Gymboree Corporation ("Gymboree"), will bring on for hearing a Motion to Dismiss under Fed. R. Civ. P. 12(b)(6), a Motion to Strike under Fed. R. Civ. P. 12(f) and, alternatively, a Motion for More Definite Statement under Fed. R. Civ. P. 12(e) respecting the Class Action Complaint ("Complaint") filed by Plaintiff Lauren Miller ("Plaintiff"), in Courtroom 10 in the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, California 94102, the Honorable Susan Illston presiding.

Gymboree asks that the Court grant this Motion to Dismiss as to the First Claim for Relief in the Complaint and the entire Complaint, without leave to amend, on the following general grounds:

- The Complaint fails to allege sufficient facts upon which a claim for relief for "willful" violations of 15 U.S.C. § 1681 *et seq.* (the Fair Credit Reporting Act) can be granted.
- Plaintiff's class action allegations in the Complaint are not typical of all members of her purported class—Plaintiff's purported class has impermissibly broader allegations than her own.

In the event the Court declines to grant Gymboree's request to dismiss Plaintiff's First Claim for Relief or the Complaint outright as set forth above, Gymboree alternatively requests that the Court require Plaintiff to amend the Complaint to include something more than conclusory allegations regarding "willfulness."

Gymboree alternatively asks that the Court grant this Motion to Strike and strike from the Complaint Plaintiff's prayer for injunctive relief (Prayer for Relief "F") and any mention of injunctive relief (*see, e.g.*, Complaint, preamble, p.1). The Fair Credit Reporting Act precludes injunctive relief.

1  Gymboree alternatively asks that the Court grant this Motion to Strike and strike
2  from the Complaint the following **bold** portion of the purported class:
3  All persons, other than Defendant and its officers, directors, legal
4  representatives, successors and assigns, who purchased goods or services
5  from Gymboree and, at the point of a sale or transaction, were provided with
6  an electronically-printed credit or debit card receipt **containing the last five**
7  **digits of the card number or** containing the expiration date from any cash
8  register or other machine or device in violation of FACTA during the
9  applicable statutory period (the "Class'). Complaint ¶ 23 (emphasis added).
10  Gymboree's Motion to Dismiss and Motion to Strike and, alternatively, Motion for
11  More Definite Statement are based on this Notice and Motion, the attached Memorandum
12  of Points and Authorities, the attached Proposed Order, the complete file and records of
13  this action, other matters as to which the Court may properly take judicial notice, and any
14  argument as the Court may allow.
15  Respectfully submitted,

17  DATED: June 8, 2007

18  SHEPPARD MULLIN RICHTER & HAMPTON LLP

20  By  /S/ *Brian D. Anderson*
21  Brian D. Anderson
    Attorneys for Defendant THE GYMBOREE
22  CORPORATION