SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
P. CRAIG CARDON, Cal. Bar No. 168646
BRIAN D. ANDERSON, Cal. Bar No. 221645
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:  415-434-9100
Facsimile:  415-434-3947

Attorneys for The Gymboree Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN MILLER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE GYMBOREE CORP., a Delaware Corporation,<br><br>Defendant. | Case No. 3:07-cv-02270-SI<br><br>**[PROPOSED] ORDER GRANTING GYMBOREE'S:**<br><br>**MOTION TO DISMISS (FED. R. CIV. P. 12(b)(6));**<br><br>**MOTION TO STRIKE (FED. R. CIV. P. 12(f));**<br><br>**MOTION FOR MORE DEFINITE STATEMENT (FED. R. CIV. P. 12(e))**<br><br>Date: July 27, 2007<br>Time: 9:00 a.m.<br>Courtroom: Courtroom 10, 19th Floor<br>Judge: Hon. Susan Illston<br><br>[Complaint Filed: April 25, 2007] |

1       On Friday, July 27, 2007, in the United States District Court for the Northern District of California, Defendant The Gymboree Corporation's ("Gymboree") Motion to Dismiss under Fed. R. Civ. P. 12(b)(6), Motion to Strike under Fed. R. Civ. P. 12(f) and, alternatively, Motion for More Definite Statement under Fed. R. Civ. P. 12(e) respecting the Class Action Complaint ("Complaint") filed by Plaintiff Lauren Miller ("Plaintiff") came on for hearing, the Honorable Susan Illston presiding.

Having considered the supporting, opposing, and reply papers, and having heard arguments of counsel, and good cause appearing, IT IS HEREBY ORDERED THAT:

1.      Gymboree's Motion to Dismiss is GRANTED. It is further ordered that the First Claim for Relief in the Complaint and the entire Complaint are hereby dismissed, without leave to amend; and/or

2.      Gymboree's Motion for More Definite Statement is GRANTED. It is further ordered that Plaintiff must amend the Complaint to include specific factual allegations in support of her claim that Gymboree willfully violated the pertinent statute; and/or

3.      Gymboree's Motion to Strike is GRANTED. It is further ordered that the prayer for injunctive relief (Prayer for Relief "F") and any mention of injunctive relief in the Complaint (*see, e.g.,* Complaint, preamble, p.1) are hereby stricken from the Complaint; and/or

4.      Gymboree's Motion to Strike is GRANTED. It is further ordered that the following **bold** portion of the proposed class in the Complaint is hereby stricken from the Complaint:

> All persons, other than Defendant and its officers, directors, legal representatives, successors and assigns, who purchased goods or services from Gymboree and, at the point of a sale or transaction, were provided with an electronically-printed credit or debit card receipt **containing the last five digits of the card number or** containing the expiration date from any cash register or other machine or device in violation of FACTA during the applicable statutory period (the "Class'). Complaint ¶ 23 (emphasis added).

1   IT IS SO ORDERED.

3   Dated: _____

5                              By _____
6                                 Honorable Susan Illston
                                  Judge of the United States District Court
7                                 for the Northern District of California