IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MILLER,

        Plaintiff,

  v.

GYMBOREE CORP.,

        Defendant.

No. C 07-02270SI

**NOTICE**

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been scheduled to occur on Friday, September 7, 2007, at 2:00 p.m. Please comply with the attached order when preparing for the conference.

Dated: May 23, 2007

RICHARD W. WIEKING, Clerk

Tracy Sutton
Deputy Clerk