```
 1  Ira Spiro, SBN 67641
    ira@spiromoss.com
 2  J. Mark Moore, SBN 180473
    mark@spiromoss.com
 3  Spiro Moss Barness LLP
    11377 W. Olympic Blvd., Fifth Floor
 4  Los Angeles, CA 90064
    Telephone: (310) 235-2468
 5  Facsimile (310) 235-2456

 6  Attorneys for Plaintiff Jennifer Lopez,
    individually and on behalf of all others
 7  similarly situated

 8
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JENNIFER LOPEZ, individually and on behalf of all others similarly situated, | CASE NO. 3:07-CV-00087 SI |
| Plaintiff, | CLASS ACTION |
| v. | (Consolidated with Case No. 3:07-CV-00739-SI and Related to Case No. 4:07-CV-02270-SI) |
| THE GYMBOREE CORPORATION and DOES 1-10, | **REQUEST FOR TELEPHONIC APPEARANCE** |
| Defendants. | Judge:  Hon. Susan Illston |

**REQUEST FOR TELEPHONIC APPEARANCE**

3:07-CV-00087 SI

1  Pursuant to Local Rule 16-10(a), the following counsel requests to appear by telephone at the
2  initial Case Management Conference in Case No. CV-07-00087 and CV-07-00739 scheduled for June
3  29, 2007 at 2:00 p.m. in Courtroom 10, 19th floor.
4  J. Mark Moore, counsel for Plaintiff Jennifer Lopez.
5  Phone number: 310-235-2468; fax number: 310-235-2456.
6  All parties have been noticed accordingly.

Dated: June 20, 2007

SPIRO MOSS BARNESS LLP

J. Mark Moore
Attorneys for plaintiff
JENNIFER LOPEZ

---

REQUEST FOR TELEPHONIC APPEARANCE
1
3:07-CV-00087 SI