| | |
|---|---|
| 1 | Eric A. Grover, Esq. (CSB# 136080)<br>**KELLER GROVER LLP** |
| 2 | 425 Second Street, Suite 500<br>San Francisco, California 94107 |
| 3 | Tel. (415) 543-1305 |
| 4 | Fax (415) 543-7681<br>eagrover@kellergrover.com |
| 5 | |
| 6 | Mark R. Thierman, Esq. (CSB# 72913)<br>**THIERMAN LAW FIRM** |
| 7 | 7287 Lakeside Drive<br>Reno, Nevada  89511 |
| 8 | Tel: (775) 284-1500<br>laborlawyer@pacbell.net |
| 9 | |
| 10 | Scott A. Miller, Esq. (CSB# 230322)<br>**LAW OFFICES OF SCOTT A. MILLER, A.P.C.** |
| 11 | 16133 Ventura Blvd. Suite 1200<br>Encino, California 91436 |
| 12 | Tel. (818) 788-8081<br>millaw@sbcglobal.net |
| 13 | |
| 14 | Steven L. Miller, Esq. (CSB# 106023)<br>**STEVEN L. MILLER, PLC** |
| 15 | 16133 Ventura Blvd. Suite 1200<br>Encino, California 91436 |
| 16 | Tel. (818) 986-8900<br>stevenlmiller@sbcglobal.net |
| 17 | Attorneys for Plaintiff in Related Case<br>DANA MITCHELL |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JENNIFER LOPEZ, on behalf of herself and all others similarly situated, | ) | Case No.:  CV 07-00087SI |
| | ) | |
| Plaintiff, | ) | **CLASS ACTION** |
| | ) | |
| v. | ) | **REQUEST FOR TELEPHONIC APPEARANCE** |
| | ) | |
| THE GYMBOREE CORP., a Delaware Corporation, | ) | Date: June 29, 2007 |
| | ) | Time:  2:00 p.m. |
| Defendant. | ) | Location: Courtroom 10, 19th Floor |
| | ) | Judge:  Hon. Susan Illston |
| | ) | |

_____
REQUEST FOR TELEPHONIC APPEARANCE         CV 07-00087SI

Pursuant to Local Rule 16-10(a), the following counsel requests to appear by telephone at the initial Case Management Conference in Case Nos. CV 07-00087 and CV 07-00739 scheduled for June 29, 2007, at 2:00 p.m. in Courtroom 10, 19th Floor:

    Eric A. Grover, counsel for Plaintiff Dana Mitchell

    Phone Number: (415) 543-1305

    Fax Number: (415) 543-7861

All parties have been noticed accordingly.

DATED: June 21, 2007                KELLER GROVER LLP

                                      By: _____/s/_____
                                             Eric A. Grover

                                        Attorneys for Dana Mitchell