1  Ira Spiro, SBN 67641
   ira@spiromoss.com
2  J. Mark Moore, SBN 180473
   mark@spiromoss.com
3  **Spiro Moss Barness LLP**
   11377 W. Olympic Blvd., Fifth Floor
4  Los Angeles, CA 90064
   Telephone: (310) 235-2468
5  Facsimile (310) 235-2456

6  Attorneys for Plaintiff Jennifer Lopez,
   individually and on behalf of all others
7  similarly situated

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12

13 | JENNIFER LOPEZ, individually and on behalf of all others similarly situated, | ) | CASE NO. 3:07-CV-00087 SI
14 |                                                                              | ) | CLASS ACTION
15 |                        Plaintiff,                                            | ) |
   |                                                                              | ) | (Consolidated with Case No.
16 |                        v.                                                    | ) | 3:07-CV-00739-SI and Related to Case No. 4:07-CV-02270-SI)
17 |                                                                              | ) | **REQUEST FOR TELEPHONIC APPEARANCE**
18 | THE GYMBOREE CORPORATION and DOES 1-10,                                      | ) |
19 |                                                                              | ) | Judge: Hon. Susan Illston
20 |                        Defendants.                                           | ) |
21 |                                                                              | ) |

22

23

24

25

26

27

28

---

**REQUEST FOR TELEPHONIC APPEARANCE**

3:07-CV-00087 SI

1  Pursuant to Local Rule 16-10(a), the following counsel requests to appear by telephone at the
2  initial Case Management Conference in Case No. CV-07-00087 and CV-07-00739 scheduled for June
3  29, 2007 at 2:00 p.m. in Courtroom 10, 19th floor.

4  J. Mark Moore, counsel for Plaintiff Jennifer Lopez.

5  Phone number: 310-235-2468; fax number: 310-235-2456.

6  All parties have been noticed accordingly.

Dated: June 20, 2007                          SPIRO MOSS BARNESS LLP

                                              _____
                                              J. Mark Moore
                                              Attorneys for plaintiff
                                              JENNIFER LOPEZ

*UNITED STATES DISTRICT COURT — NORTHERN DISTRICT OF CALIFORNIA*
**IT IS SO ORDERED**
Judge Susan Illston

---

**REQUEST FOR TELEPHONIC APPEARANCE**
1                                                                    3:07-CV-00087 SI