Eric A. Grover, Esq. (SBN 136080)
Jade Butman, Esq. (SBN 235920)
**KELLER GROVER LLP**
425 Second Street, Suite 500
San Francisco, CA 94107
Tel. (415) 543-1305; Fax: (415) 265-7861
eagrover@kellergrover.com

Mark R. Thierman, Esq. (SBN 72913)
**THIERMAN LAW FIRM**
7287 Lakeside Drive
Reno, Nevada 89511
Tel. (775) 284-1500; Fax (775) 703-5027
laborlawyer@pacbell.net

| | |
|---|---|
| Scott A. Miller (SBN 230322) | Steven L. Miller (SBN 106023) |
| **LAW OFFICES OF SCOTT A. MILLER, A.P.C.** | **STEVEN L. MILLER, A PROFESSIONAL LAW CORP.** |
| 16133 Ventura Blvd., Suite 1200 | 16133 Ventura Blvd., Suite 1200 |
| Encino, CA 91436 | Encino, CA 91436 |
| Tel. (818) 788-8081; Fax (818) 788-8080 | Tel. (818) 986-8900 Fax: (818) 990-7900 |
| millaw@sbcglobal.net | stevenlmiller@sbcglobal.net |

Attorneys for Plaintiff
DANA MITCHELL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA MITCHELL, on behalf of herself and all others similarly situated,<br><br>     Plaintiff,<br><br>     v.<br><br>THE GYMBOREE CORP., a Delaware Corporation,<br><br>     Defendant.<br><br>AND ALL RELATED CASES. | Case No.: 3:07-CV-00739 SI<br>*(Consolidated with Case No. C-07-00087 SI and Related to Case No. C-07-02270 SI)*<br><br>**CLASS ACTION**<br><br>**REQUEST FOR TELEPHONIC APPEARANCE**<br><br>Date: June 29, 2007<br>Time: 2:00 p.m.<br>Location: Courtroom 10, 19th Floor<br>Judge: Hon. Susan Illston |

_____
REQUEST FOR TELEPHONIC APPEARANCE          3:07-CV-00739 SI

1     Pursuant to Local Rule 16-10(a), the following counsel requests to appear by telephone at the initial Case Management Conference in Case Nos. CV 07-00087 and CV 07-00739 scheduled for June 29, 2007, at 2:00 p.m. in Courtroom 10, 19th Floor:

    Eric A. Grover, counsel for Plaintiff Dana Mitchell

    Phone Number: (415) 543-1305

    Fax Number: (415) 543-7861

All parties have been noticed accordingly.

DATED: June 21, 2007                KELLER GROVER LLP

By: _____/s/_____
     Eric A. Grover

Attorneys for Plaintiff in Related Case
Dana Mitchell

---

REQUEST FOR TELEPHONIC APPEARANCE                3:07-CV-00739 SI