Eric A. Grover, Esq. (SBN 136080)
Jade Butman, Esq. (SBN 235920)
**KELLER GROVER LLP**
425 Second Street, Suite 500
San Francisco, CA 94107
Tel. (415) 543-1305; Fax: (415) 265-7861
eagrover@kellergrover.com

Mark R. Thierman, Esq. (SBN 72913)
**THIERMAN LAW FIRM**
7287 Lakeside Drive
Reno, Nevada 89511
Tel. (775) 284-1500; Fax (775) 703-5027
laborlawyer@pacbell.net

Scott A. Miller (SBN 230322)
**LAW OFFICES OF SCOTT A. MILLER, A.P.C.**
16133 Ventura Blvd., Suite 1200
Encino, CA 91436
Tel. (818) 788-8081; Fax (818) 788-8080
millaw@sbcglobal.net

Steven L. Miller (SBN 106023)
**STEVEN L. MILLER, A PROFESSIONAL LAW CORP.**
16133 Ventura Blvd., Suite 1200
Encino, CA 91436
Tel. (818) 986-8900 Fax: (818) 990-7900
stevenlmiller@sbcglobal.net

Attorneys for Plaintiff
DANA MITCHELL

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

DANA MITCHELL, on behalf of herself and all others similarly situated,

Plaintiff,

v.

THE GYMBOREE CORP., a Delaware Corporation,

Defendant.

AND ALL RELATED CASES.

Case No.: 3:07-CV-00739 SI
*(Consolidated with Case No. C-07-00087 SI and Related to Case No. C-07-02270 SI)*

**CLASS ACTION**

**REQUEST FOR TELEPHONIC APPEARANCE**

Date: June 29, 2007
Time: 2:00 p.m.
Location: Courtroom 10, 19th Floor
Judge: Hon. Susan Illston

Pursuant to Local Rule 16-10(a), the following counsel requests to appear by telephone at the initial Case Management Conference in Case Nos. CV 07-00087 and CV 07-00739 scheduled for June 29, 2007, at 2:00 p.m. in Courtroom 10, 19th Floor:

Eric A. Grover, counsel for Plaintiff Dana Mitchell

Phone Number: (415) 543-1305

Fax Number: (415) 543-7861

All parties have been noticed accordingly.

DATED: June 21, 2007

KELLER GROVER LLP

By: /s/
Eric A. Grover

Attorneys for Plaintiff in Related Case Dana Mitchell

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Susan Illston
Judge Susan Illston