```
 1  BARRACK, RODOS & BACINE
    STEPHEN R. BASSER (121590)
 2  sbasser@barrack.com
    JOHN L. HAEUSSLER (215044)
 3  jhaeussler@barrack.com
    402 West Broadway, Suite 850
 4  San Diego, CA 92101
    Telephone: (619) 230-0800
 5  Facsimile:  (619) 230-1874

 6  Attorneys for Plaintiff Lauren Miller

 7

 8
                        UNITED STATES DISTRICT COURT
 9
                       NORTHERN DISTRICT OF CALIFORNIA
10
                            SAN FRANCISCO DIVISION
11

12  LAUREN MILLER, individually and on  )  Case No.: 3:07-cv-02270-SI
    behalf of all others similarly situated,  )
13                                       )  CLASS ACTION
                    Plaintiff,           )
14                                       )
            vs.                          )  CERTIFICATE OF SERVICE
15                                       )
    GYMBOREE CORP., a Delaware           )
16  Corporation,                         )
                                         )
17                  Defendant.           )
                                         )
18
19
20
21
22
23
24
25
26
27
28
```

CERTIFICATE OF SERVICE
Master File No.: 3:07-cv-02270-SI

# CERTIFICATE OF SERVICE

*The. Gymboree Corp.*
Case No. : 3:07-cv-02270-SI

    I, the undersigned, state that I am employed in the City and County of San Diego, State of California; that I am over the age of eighteen (18) years and not a party to the within action; that I am employed at Barrack, Rodos & Bacine, 402 West Broadway, Suite 850, San Diego, California 92101; and that on June 19, 2007, I served a true copy of the attached:

**NOTICE**

**CASE MANAGEMENT CONFERENCE ORDER**

**STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA: CONTENTS OF JOINT CASE MANAGEMENT STATEMENT**

**JUDGE ILLSTON'S STANDING ORDER**

to the following party:

> P. Craig Cardon
> Brian David Anderson
> SHEPPARD MULLIN
> Four Embarcadero Center
> 17th Floor
> San Francisco, CA  94111

by the following means of service:

☐ **BY E-MAIL:** I e-mailed a true copy addressed as indicated in the attached Service List, on the above-mentioned date.

☒ **BY MAIL:** I placed a true copy in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business and there is a regular communication by mail between the place of mailing and the place so addressed.

☐ **BY PERSONAL SERVICE/HAND DELIVERY:**

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 19th day of June, 2007.

                                             TARA R. BURD