1  BARRACK, RODOS & BACINE
   STEPHEN R. BASSER (121590)
2  sbasser@barrack.com
   JOHN L. HAEUSSLER (215044)
3  jhaeussler@barrack.com
   402 West Broadway, Suite 850
4  San Diego, CA  92101
   Telephone:  (619) 230-0800
5  Facsimile:   (619) 230-1874

6  [Additional counsel listed on signature page]

7  Attorneys for Plaintiff Lauren Miller

           UNITED STATES DISTRICT COURT

           NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN MILLER, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>GYMBOREE CORP., a Delaware Corporation,<br><br>        Defendant. | Case No.: 3:07-cv-02270-SI<br><br>PLAINTIFF LAUREN MILLER'S NOTICE OF MOTION AND MOTION FOR ENTRY OF PRE-TRIAL ORDER NO. 1<br><br>DATE: August 3, 2007<br>TIME: 9:00 A.M.<br>CTRM: 10, 19th Floor<br>JUDGE: Hon. Susan Illston |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that on August 3, 2007 at 9:00 A.M., before the Honorable Susan Illston in Courtroom 10 of the United States District Court for the Northern District of California, Plaintiff Lauren Miller will and hereby moves the Court for an Order granting the entry of Pre-Trial Order No. 1.

This motion is based upon this Notice of Motion and Motion in Support of Lauren Miller's Motion for Entry of Pre-Trial Order No. 1, the Memorandum of Points and Authorities in Support thereof, the records of this Court and any argument thereon, and other evidence that may be presented.

DATED: June 26, 2007

Respectfully submitted,

BARRACK, RODOS & BACINE
STEPHEN R. BASSER
JOHN L. HAEUSSLER

_/s/ John L. Haeussler_
JOHN L. HAEUSSLER

402 West Broadway, Suite 850
San Diego, CA 92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874

BARRACK, RODOS & BACINE
DANIEL E. BACINE
JEFFREY B. GITTLEMAN
LISA M. LAMB
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-0600
Facsimile: (215) 963-0838

Attorneys for Plaintiff Lauren Miller

# CERTIFICATE OF SERVICE

*The. Gymboree Corp.*
Case No. : 3:07-cv-02270-SI

I, the undersigned, state that I am employed in the City and County of San Diego, State of California; that I am over the age of eighteen (18) years and not a party to the within action; that I am employed at Barrack, Rodos & Bacine, 402 West Broadway, Suite 850, San Diego, California 92101; and that on June 26, 2007, I served a true copy of the attached:

**PLAINTIFF LAUREN MILLER'S NOTICE OF MOTION AND MOTION FOR ENTRY OF PRE-TRIAL ORDER NO. 1**

to the parties listed on the attached Service List by the following means of service:

☒ **BY E-FILE:** I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Service List.

☒ **BY E-MAIL**: I e-mailed a true copy addressed as indicated in the attached Service List, on the above-mentioned date.

☒ **BY MAIL**: I placed a true copy in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business and there is a regular communication by mail between the place of mailing and the place so addressed.

☐ **BY PERSONAL SERVICE/HAND DELIVERY:**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 26th day of June, 2007.

                                          /s/ Tara R. Burd
                                          TARA R. BURD

# GYMBOREE CORPORATION
# SERVICE LIST

**COUNSEL FOR PLAINTIFF JENNIFER LOPEZ**

James Mark Moore (mark@spiromoss.com)
Robert Ira Spiro (ira@spiromoss.com)
SPIRO MOSS BARNES LLP
11377 West Olympic Boulevard
Fifth Floor
Los Angeles, CA  90064
Telephone: (310) 235-2468
Fax: (310) 235-2456

**COUNSEL FOR PLAINTIFF DANA MITCHELL**

Elizabeth Aida Acevedo (eacevedo@kellergrover.com)
Eric A. Grover (eagrover@kellergrover.com)
Jade Erin Butman (JButman@kellergrover.com)
KELLER GROVER LLP
425 Second Street
Suite 500
San Francisco, CA  94107
Telephone: (415) 543-1305
Fax: (415) 543-7861

Scott Allen Miller (millaw@sbcglobal.net)
Steven Lee Miller (stevenlmiller@sbcglobal.net)
LAW OFFICES OF SCOTT A. MILLER, A.P.C.
16133 Ventura Blvd.
Suite 1200
Encino, CA  91436
Telephone: (818) 788-8081
Fax: (818) 788-8080

Mark R. Thierman (laborlawyer@pacbell.net)
THIERMAN LAW FIRM
7287 Lakeside Drive
Reno, Nevada  89511
Telephone: (775) 284-1500

**COUNSEL FOR DEFENDANT THE GYMBOREE CORPORATION**

P. Craig Cardon (ccardon@sheppardmullin.com)
Brian David Anderson (banderson@sheppardmullin.com)
SHEPPARD MULLIN
Four Embarcadero Center
17th Floor
San Francisco, CA  94111
Telephone (415) 434-9100

PL. MILLER'S NOT. OF MOT. & MOT. FOR ENTRY OF P.T.O. NO. 1
Case No.:  3:07-cv-00270-SI