1  BARRACK, RODOS & BACINE
   STEPHEN R. BASSER (121590)
2  sbasser@barrack.com
   JOHN L. HAEUSSLER (215044)
3  jhaeussler@barrack.com
   402 West Broadway, Suite 850
4  San Diego, CA  92101
   Telephone:  (619) 230-0800
5  Facsimile:  (619) 230-1874

6  [Additional counsel listed on signature page]

7  Attorneys for Plaintiff Lauren Miller

8

9                         UNITED STATES DISTRICT COURT

10                       NORTHERN DISTRICT OF CALIFORNIA

11

12  LAUREN  MILLER,  individually  and  on  )   Case No.:  3:07-cv-02270-SI
    behalf of all others similarly situated,  )
13                                            )   [PROPOSED] PRE-TRIAL ORDER NO. 1
                       Plaintiff,             )
14                                            )
             vs.                              )
15                                            )   CLASS ACTION
    GYMBOREE CORP., a Delaware                )
16  Corporation,                              )   DEMAND FOR JURY TRIAL
                                              )
17                     Defendant.             )
                                              )
18

19

20

21

22

23

24

25

26

27

28

Whereas the following actions arise out of the same facts and circumstances and are brought against the same defendant and in general involve substantially similar allegations;

| Abbreviated Case Name | Case No. | Date Filed |
|---|---|---|
| *Lopez v. The Gymboree Corporation* | 3:07-cv-00087-SI | January 5, 2007 |
| *Mitchell v. The Gymboree Corporation* | 3:07-cv-00739-SI | February 5, 2007 |
| *Miller v. The Gymboree Corporation* | 3:07-cv-02270-SI | April 25, 2007 |

Whereas the *Lopez* and *Mitchell* actions were consolidated pursuant to this Court's Order of May 11, 2007;

Whereas the *Lopez*, *Mitchell* and *Miller* actions were related pursuant to this Court's Order of May 17, 2007;

Whereas on May 30, 2007, Plaintiff Laura Miller filed a motion to consolidate related cases;

Whereas appointment of a plaintiffs' leadership structure in the above-referenced actions will facilitate their prosecution and defense and avoid unnecessary duplication of effort and expense.

NOW THEREFORE it is Ordered as follows:

**CONSOLIDATION**

1.    Pursuant to Federal Rule of Civil Procedure 42(a), the three above-referenced actions shall be consolidated for all purposes.

2.    The consolidated actions shall henceforth bear the following caption and case number:

1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In re GYMBOREE CORPORATION                )   Case No.: 3:07-cv-00087-SI
FACTA LITIGATION                          )
                                          )   (Consolidated with Case Nos. 3:07-cv-00739-
                                          )   SI and 3:07-cv-02270-SI)
                                          )
_____   )
                                          )
This Document Relates To:                 )
                                          )
          ALL ACTIONS                     )
                                          )
_____   )

3.      All papers previously filed and served to date in any of the actions consolidated herein are hereby deemed a part of the record in the consolidated actions.

4.      The established organizational structure, as noted in Paragraphs 6-8, shall apply to all plaintiffs and plaintiffs' counsel in the consolidated actions and any other related action subsequently consolidated therein.

5.      Plaintiffs may file and serve a consolidated complaint within twenty (20) days from the date of entry of this order.  Upon entry of this order, defendants need not respond further to any of the existing complaints, and the parties will meet and confer as to a date for defendants to respond to plaintiffs' consolidated complaint.

**ORGANIZATIONAL STRUCTURE REGARDING INTERIM**

**CO-LEAD CLASS COUNSEL**

6.      The law firms of Barrack, Rodos & Bacine, Spiro Moss Barness LLP and Keller Grover LLP shall serve as plaintiffs' interim co-lead class counsel.

7.      As interim co-lead class counsel, the law firms of Barrack, Rodos & Bacine, Spiro Moss Barness LLP, and Keller Grover LLP, shall be responsible for the overall supervision and conduct of the consolidated actions on behalf of all plaintiffs.  Among the responsibilities to be performed and/or delegated by plaintiffs' interim co-lead class counsel are the following:

(a)      To brief, file and argue motions;

(b)      To prepare any further pleadings;

2

1    (c)    To initiate and conduct discovery, including, but not limited to, the preparation

2    of interrogatories, requests for production of documents and requests for admissions;

3    (d)    To conduct and oversee all investigatory efforts;

4    (e)    To direct and coordinate the examination of witnesses in depositions;

5    (f)    To oversee responses to defendants' discovery requests;

6    (g)    To act as spokepersons for plaintiffs at court conferences;

7    (h)    To call meetings of plaintiffs' counsel as appropriate or necessary;

8    (i)    To initiate and conduct settlement discussions with counsel for the defendants;

9    (j)    To provide general coordination of the activities of plaintiffs' counsel and to

10    delegate work responsibilities to selected plaintiffs' counsel as may be required or appropriate;

11    (k)    To direct the preparation for trial of this matter and to delegate work

12    responsibilities to selected plaintiffs' counsel as may be required to ensure the orderly and

13    efficient prosecution of this litigation;

14    (l)    To conduct pre-trial, trial and post-trial proceedings;

15    (m)    To consult with and employ experts; and

16    (n)    To receive and review periodic time reports of all lawyers on behalf of plaintiffs

17    and to determine if the time is being spent appropriately and for the benefit of plaintiffs.

18    8.    No motion or request for discovery shall be served or filed in the consolidated

19    actions or other pre-trial proceedings initiated, except at the direction of aforesaid interim co-

20    lead counsel firms.

21    **IT IS SO ORDERED**.

22    DATED:    _____

                                                     UNITED STATES DISTRICT COURT JUDGE
23

24

25

26

27

28

3

1  Respectfully submitted,

2  BARRACK, RODOS & BACINE
   STEPHEN R. BASSER
3  JOHN L. HAEUSSLER

4
   _____/s/ John L. Haeussler_____
5       JOHN L. HAEUSSLER

6  402 West Broadway, Suite 850
   San Diego, CA  92101
7  Telephone:  (619) 230-0800
   Facsimile:   (619) 230-1874
8
   BARRACK, RODOS & BACINE
9  DANIEL E. BACINE
   JEFFREY B. GITTLEMAN
10 LISA M. LAMB
   3300 Two Commerce Square
11 2001 Market Street
   Philadelphia, PA  19103
12 Telephone:  (215) 963-0600
   Facsimile:  (215) 963-0838
13
   Attorneys for Plaintiff Lauren Miller
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

1

**CERTIFICATE OF SERVICE**

2

*Miller v. The Gymboree Corp.*
Case No. : 3:07-cv-02270-SI

3

4

I, the undersigned, state that I am employed in the City and County of San Diego, State of California; that I am over the age of eighteen (18) years and not a party to the within action; that I am employed at Barrack, Rodos & Bacine, 402 West Broadway, Suite 850, San Diego, California 92101; and that on June 26, 2007, I served a true copy of the attached:

5

6

**[PROPOSED] PRE-TRIAL ORDER NO. 1**

7

to the parties listed on the attached Service List by the following means of service:

8

9

☒  **BY E-FILE:**  I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Service List.

10

11

12

☒  **BY E-MAIL:** I e-mailed a true copy addressed as indicated in the attached Service List, on the above-mentioned date.

13

14

☒  **BY MAIL:**   I placed a true copy in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List, on the above-mentioned date.  I am familiar with the firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. Postal Service on that same day in the ordinary course of business and there is a regular communication by mail between the place of mailing and the place so addressed.

15

16

17

18

☐  **BY PERSONAL SERVICE/HAND DELIVERY:**

19

20

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed this 26th day of June, 2007.

21

22

23

_____
                /s/ Tara R. Burd
               TARA R. BURD

24

25

26

27

28

# GYMBOREE CORPORATION
## SERVICE LIST

### COUNSEL FOR PLAINTIFF JENNIFER LOPEZ

James Mark Moore (mark@spiromoss.com)
Robert Ira Spiro (ira@spiromoss.com)
SPIRO MOSS BARNES LLP
11377 West Olympic Boulevard
Fifth Floor
Los Angeles, CA  90064
Telephone: (310) 235-2468
Fax: (310) 235-2456

### COUNSEL FOR PLAINTIFF DANA MITCHELL

Elizabeth Aida Acevedo (eacevedo@kellergrover.com)
Eric A. Grover (eagrover@kellergrover.com)
Jade Erin Butman (JButman@kellergrover.com)
KELLER GROVER LLP
425 Second Street
Suite 500
San Francisco, CA  94107
Telephone: (415) 543-1305
Fax: (415) 543-7861

Scott Allen Miller (millaw@sbcglobal.net)
Steven Lee Miller (stevenlmiller@sbcglobal.net)
LAW OFFICES OF SCOTT A. MILLER, A.P.C.
16133 Ventura Blvd.
Suite 1200
Encino, CA  91436
Telephone: (818) 788-8081
Fax: (818) 788-8080

Mark R. Thierman (laborlawyer@pacbell.net)
THIERMAN LAW FIRM
7287 Lakeside Drive
Reno, Nevada  89511
Telephone: (775) 284-1500

### COUNSEL FOR DEFENDANT THE GYMBOREE CORPORATION

P. Craig Cardon (ccardon@sheppardmullin.com)
Brian David Anderson (banderson@sheppardmullin.com)
SHEPPARD MULLIN
Four Embarcadero Center
17th Floor
San Francisco, CA  94111
Telephone (415) 434-9100

[PROP] PRE-TRIAL ORDER NO. 1
Case No.  3:07-cv-02270-SI