BARRACK, RODOS & BACINE
STEPHEN R. BASSER (121590)
sbasser@barrack.com
JOHN L. HAEUSSLER (215044)
jhaeussler@barrack.com
402 West Broadway, Suite 850
San Diego, CA 92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874

[Additional counsel listed on signature page]

Attorneys for Plaintiff Lauren Miller

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN MILLER, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    vs.<br><br>GYMBOREE CORP., a Delaware Corporation,<br><br>        Defendant. | Case No.: 3:07-cv-02270-SI<br><br>DECLARATION OF JOHN L. HAEUSSLER IN SUPPORT OF PLAINTIFF LAUREN MILLER'S MOTION FOR ENTRY OF PRE-TRIAL ORDER NO. 1<br><br><u>CLASS ACTION</u><br><br>DEMAND FOR JURY TRIAL |

1      I, John L. Haeussler, declare as follows:

2          1.      I am an attorney at law duly license and admitted to practice law in the State of

3  California and this Court.  I am an associate at Barrack, Rodos & Bacine, counsel of record for

4  Plaintiff Lauren Miller.

5          2.      Attached hereto as Exhibit A is a true and correct copy of the firm biography for

6  Barrack, Rodos & Bacine.

7          3.      Attached hereto as Exhibit B is a true copy of a transcript of the hearing held on

8  May 16, 2006, in which Judge Robert B. Freedman of the California Superior Court noted the

9  exemplary lawyering in the Chiron Shareholder Deal Litigation case led by plaintiff's lead

10  counsel, Barrack, Rodos & Bacine.

11     I declare under penalty of perjury that the foregoing is true and correct.  If called upon as

12  a witness, I could and would competently testify thereto.  Executed this 26th day of June, 2007

13  at San Diego, California.

14  DATED:  June 26, 2007

15                                          /s/ John L. Haeussler
                                            JOHN L. HAEUSSLER

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

*Miller v. The Gymboree Corp.*
Case No. : 3:07-cv-02270-SI

I, the undersigned, state that I am employed in the City and County of San Diego, State of California; that I am over the age of eighteen (18) years and not a party to the within action; that I am employed at Barrack, Rodos & Bacine, 402 West Broadway, Suite 850, San Diego, California 92101; and that on June 26, 2007, I served a true copy of the attached:

**DECLARATION OF JOHN L. HAEUSSLER IN SUPPORT OF PLAINTIFF LAUREN MILLER'S MOTION FOR ENTRY OF PRE-TRIAL ORDER NO. 1**

to the parties listed on the attached Service List by the following means of service:

☒ **BY E-FILE:** I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Service List.

☒ **BY E-MAIL:** I e-mailed a true copy addressed as indicated in the attached Service List, on the above-mentioned date.

☒ **BY MAIL**:    I placed a true copy in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List, on the above-mentioned date.  I am familiar with the firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. Postal Service on that same day in the ordinary course of business and there is a regular communication by mail between the place of mailing and the place so addressed.

☐ **BY PERSONAL SERVICE/HAND DELIVERY:**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed this 26th day of June, 2007.

_____
              /s/ Tara R. Burd
              TARA R. BURD

# GYMBOREE CORPORATION
## SERVICE LIST

**COUNSEL FOR PLAINTIFF JENNIFER LOPEZ**

James Mark Moore (mark@spiromoss.com)
Robert Ira Spiro (ira@spiromoss.com)
SPIRO MOSS BARNES LLP
11377 West Olympic Boulevard
Fifth Floor
Los Angeles, CA  90064
Telephone: (310) 235-2468
Fax: (310) 235-2456

**COUNSEL FOR PLAINTIFF DANA MITCHELL**

Elizabeth Aida Acevedo (eacevedo@kellergrover.com)
Eric A. Grover (eagrover@kellergrover.com)
Jade Erin Butman (JButman@kellergrover.com)
KELLER GROVER LLP
425 Second Street
Suite 500
San Francisco, CA  94107
Telephone: (415) 543-1305
Fax: (415) 543-7861

Scott Allen Miller (millaw@sbcglobal.net)
Steven Lee Miller (stevenlmiller@sbcglobal.net)
LAW OFFICES OF SCOTT A. MILLER, A.P.C.
16133 Ventura Blvd.
Suite 1200
Encino, CA  91436
Telephone: (818) 788-8081
Fax: (818) 788-8080

Mark R. Thierman (laborlawyer@pacbell.net)
THIERMAN LAW FIRM
7287 Lakeside Drive
Reno, Nevada  89511
Telephone: (775) 284-1500

**COUNSEL FOR DEFENDANT THE GYMBOREE CORPORATION**

P. Craig Cardon (ccardon@sheppardmullin.com)
Brian David Anderson (banderson@sheppardmullin.com)
SHEPPARD MULLIN
Four Embarcadero Center
17th Floor
San Francisco, CA  94111
Telephone (415) 434-9100