# EXHIBIT B

```
 1
 2              IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
 3                     IN AND FOR THE COUNTY OF ALAMEDA
 4              BEFORE THE HONORABLE ROBERT B. FREEDMAN, JUDGE
 5                             DEPARTMENT NO. 20
 6                                 ---oOo---
 7
 8   TRACIE SCOTTO, et al.,         )
                                    )
 9           Plaintiffs,            )
                                    )
10       vs.                        )   Case No. RG05-230567
                                    )
11   HOWARD H. PIEN, et al.,        )
                                    )
12           Defendants.            )
                                    )
13   In re CHIRON SHAREHOLDERS      )
     DEAL LITIGATION                )
14   _____  )
15
                                              CERTIFIED COPY
16
17
18                   REPORTER'S TRANSCRIPT OF PROCEEDINGS
19                          Tuesday, May 16, 2006
                          1221 Oak Street, Oakland, CA
20                         (Administration Building)
21
22
23   APPEARANCES:    (On the Record)
24
25   For the Plaintiffs:          BARRACK, RODOS & BACINE
                                  By: Mark R. Rosen, Esquire
26                                402 West Broadway
                                  San Diego, CA 92101
27
28
```

SHIRLEY A. WALKER, C.S.R. #2449

```
1    TUESDAY, MAY 16, 2006; AFTERNOON SESSION
2                       ---oOo---
3                    P R O C E E D I N G S
4         THE COURT:  Good afternoon, counsel.
5         On the Chiron shareholders deal litigation, I have the
6    sign-in sheet which will suffice for your appearances; but
7    if you do address the Court, please state your name and the
8    party that you represent so our record is clear.
9         The Court has read and reviewed all of the papers
10   placed before the Court for today's hearing, and we'll
11   entertain any updates or additional comments from counsel.
12        Who would like to be heard?
13        MR. ROSEN:  Good afternoon, Your Honor.  Mark
14   Rosen for the Class plaintiffs.
15        There's no update other than to say in the proposed
16   order we tendered, in paragraph ten, there are two blanks
17   for Your Honor, assuming the order is acceptable, for Your
18   Honor to fill in:  The first being the date for sending the
19   objections and the second being the date by which they must
20   be received in order to be considered.
21        So we just point that out for Your Honor's
22   consideration.
23        THE COURT:  Right.  We also have a blank in
24   paragraph four --
25        MR. ROSEN:  That' correct.
26        THE COURT:  -- with regard to the hearing date.
27   And you're proposing July 26.
28        MR. ROSEN:  Twenty-fifth, I believe, Your Honor.
```

1  It was July 25 was our proposal but, obviously, we're here
2  at Your Honor's pleasure and we'll accommodate the Court's
3  schedule.
4          THE COURT:  Tuesday, July 25 at 2:00 p.m. is
5  satisfactory to the Court.
6          MR. ROSEN:  Thank you, Your Honor.
7          THE COURT:  Let me just, in my courtesy copy,
8  insert that.
9          MR. ROSEN:  Thank you, Your Honor.
10         THE COURT:  And what dates would counsel like to
11 propose with regard to paragraph ten at lines 2 and 3?
12         MR. ROSEN:  Your Honor, I would submit that for
13 the first blank the deadline should be July 17 -- I'm sorry,
14 July 3 for the date for the objections.  I apologize, Your
15 Honor.
16         THE COURT:  All right.
17         MR. ROSEN:  And I would say -- perhaps we could
18 say July 10 for the date by which they must be received.  So
19 even if there is a delay in the mail, that allows a full
20 week between when they must be mailed and when they must be
21 received.  And I would think that would be more than
22 adequate, even if there is some unforeseen delay.
23         THE COURT:  Any disagreement with that proposed
24 calendar?
25         (UNIDENTIFIED SPEAKER):  No, Your Honor.
26         THE COURT:  Apparently not.  By the way, do we
27 have anyone on the phone today, Hollie?
28         THE CLERK:  No.

1  **THE COURT:** Let me say that the Court has, as
2  indicated, read and reviewed all of these materials. I'm
3  prepared to approve the proposed terms of the Preliminary
4  Approval Order and the Provisions for Notice.
5       Mr. Rosen, at least you've not brought anything else
6  to the Court's attention. The nature of the case is that I
7  would not have been surprised to have received something
8  independently through the mail or other means, and I haven't
9  yet in this particular case.
10      **MR. ROSEN:** You have not, Your Honor.
11      The only thing I can add is just to give the Court a
12 sense of the zealousness with which both sides pursued this
13 matter.
14      The terms of the actual stipulation of settlement were
15 negotiated through last Friday. And we almost got to the
16 point of arguing about commas and semicolons. We didn't
17 quite get to that point. And it was always a collegial and
18 respectful relationship with our adverse counsel, which I'm
19 very grateful and which, unfortunately, is not always the
20 case in any case, and certainly a case of this magnitude.
21 But this was very, very aggressively and professionally
22 litigated. Everyone did their very best job.
23      As I said last time, I want to thank my adversaries
24 for their collegiality and thank the Court for Your Honor's
25 assistance. I think this is an outstanding settlement for
26 the Class.
27      When this case began, Plaintiffs laid down three
28 markers, Your Honor. We said we wanted more than the offer

1  price; we wanted an update to the fairness opinions from the
2  investment bankers; and we wanted supplementations or
3  changes in the proxy solicitation language from what had
4  been proposed.
5       And I'm happy to say that this is a case in which we
6  met or exceeded each of those goals.
7       When the offer began in September the offer was 40.
8  Even if you disregarded everything that happened that got it
9  to 45 -- and I believe we contributed to that -- but even if
10 you only looked at it at 45, as a consequence of this
11 litigation, this is one of the factors that got it from 45
12 to 48. So a $3 raise, or approximately $330 million benefit
13 for the Class.
14      In addition, the fees are not coming out of the Class'
15 recovery, they're coming out of -- with Your Honor's
16 approval -- the Nevartis Bank.
17      There was an update to the fairness payment from both
18 Morgan Stanley and Credit Suisse First Boston. And it's my
19 understanding both independently reviewed it, both
20 independently opined that the new number, the $48, was fair.
21      And, finally, there was also a change by Chiron in the
22 language of its proxy solicitation. And as the stipulation
23 recites, that this litigation was one of the factors that
24 was considered by Chiron in making those changes. So this
25 is not a case where Plaintiffs showed up, asked for some fig
26 leaf in exchange for a fee.
27      This was a case that was very aggressively litigated.
28 As Your Honor knows, and as your predecessor Judge Sabraw on

1  this case knows, we've produced a very fine result and we're
2  very proud to offer it for Your Honor's consideration.
3         THE COURT: And let me say, subject to what we
4  might hear from other quarters, the Court shares the view
5  about the exemplary lawyering on behalf of all parties under
6  great time constraints.
7         MR. ROSEN: Thank you, Your Honor.
8         THE COURT: Anything else for our record this
9  afternoon?
10        If not, then the Court will go ahead and sign the
11 Preliminary Approval Order. We'll calendar, as indicated,
12 and then we'll see you back in July -- on July 25.
13        MR. ROSEN: Thank you very much, Your Honor.
14        THE CLERK: The case management conference is over
15 too?
16        THE COURT: We'll also continue the case
17 management conference. And I think we also have listed the
18 Motion for Preliminary Injunction, one other item on the
19 calendar that should go off calendar at this point.
20        THE CLERK: Okay.
21        THE COURT: On July 25 it will be on for further
22 case management and final approval.
23        THE CLERK: All right.
24        THE COURT: Hollie, I'm actually annotating the
25 original Proposed Order. Can we use this or should we use a
26 different one?
27        MR. ROSEN: Your Honor, I have an extra copy if
28 you wanted an extra copy.

| | |
|---|---|
| 1 | THE COURT: Why don't we do that. |
| 2 | THE CLERK: Okay. |
| 3 | (Counsel handing document.) |
| 4 | THE COURT: All right.  Your order is signed. |
| 5 | MR. ROSEN: Thank you, Your Honor. |
| 6 | (WHEREUPON, PROCEEDINGS ARE CONCLUDED.) |
| 7 | ---o0o--- |

SHIRLEY A. WALKER  C.S.R.  #2449

```
 1   STATE OF CALIFORNIA)
                        )        (In re Chiron Deal Litigation)
 2   COUNTY OF ALAMEDA  )        Case No. RG05-230567

 3

 4

 5         I, SHIRLEY A. WALKER, an Official Court Reporter of

 6   the Superior Court of the County of Alameda, State of

 7   California, do hereby certify that I correctly reported the

 8   proceedings had in the foregoing matter at the times and

 9   place set forth herein;

10         That my stenographic notes of said proceedings were

11   transcribed into typewriting by me and that the preceding

12   pages numbered 1 through 6, constitute a full, true and

13   correct transcription of said notes.

14         Dated this 25th day of May 2006, executed at Oakland,

15   California.

16

17                         SHIRLEY WALKER
                           _____
18                         SHIRLEY A. WALKER, C.S.R. #2449
                           Official Reporter
19

20

21

22

23

24

25

26

27

28
```