IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILLER, | No. C 07-02270SI |
| Plaintiff, | **NOTICE** |
| v. | |
| GYMBOREE CORP., | |
| Defendant. | |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT plaintiff's motion for entry of pre-trial order No. 1 has been continued to Friday, August 17, 2007, at 9:00 a.m.

Dated: June 27, 2007

RICHARD W. WIEKING, Clerk

*Sutton*

Tracy Sutton
Deputy Clerk