IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER LOPEZ,<br><br>      Plaintiff,<br><br>v.<br><br>THE GYMBOREE CORPORATION,<br><br>      Defendant.<br>_____/ | No. C 07-00087SI<br><br>**NOTICE** |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT all motions are set for argument on Friday, August 17, 2007, at 9:00 a.m.

Dated: June 29, 2007

RICHARD W. WIEKING, Clerk

_____
Tracy Sutton
Deputy Clerk