SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
P. CRAIG CARDON, Cal. Bar No. 168646
BRIAN D. ANDERSON, Cal. Bar No. 221645
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415-434-9100
Facsimile: 415-434-3947

GORDON & REES LLP
RICHARD P. SYBERT, Cal. Bar. No. 80731
AARON P. RUDIN, Cal. Bar. No. 223004
101 W. Broadway, Suite 2000
San Diego, CA 92101

Attorneys for Defendant The Gymboree Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN MILLER, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>THE GYMBOREE CORP., a Delaware Corporation,<br><br>　　　　　　Defendant | Case No. 3:07-cv-02270-SI<br><br>**NOTICE OF WITHDRAWAL OF GYMBOREE'S MOTION TO DISMISS (FED. R. CIV. P. 12(b)(6)); MOTION TO STRIKE (FED. R. CIV. P. 12(f)); AND, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT (FED. R. CIV. P. 12(e))**<br><br>Date: August 17, 2007<br>Time: 9:00 a.m.<br>Courtroom: Courtroom 10, 19th Floor<br>Judge: Hon. Susan Illston<br><br>[Complaint Filed: April 25, 2007] |

TO THE ABOVE-ENTITLED COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Civil L.R. 7-7(e), Defendant The Gymboree Corporation ("Gymboree") hereby withdraws the following pending motions: Gymboree's Motion to Dismiss under Fed. R. Civ. P. 12(b)(6), Motion to Strike under Fed. R. Civ. P. 12(f) and, alternatively, Motion for More Definite Statement under Fed. R. Civ. P. 12(e) currently scheduled for hearing on August 17, 2007 at 9:00 a.m.

Respectfully submitted,

DATED: July 26, 2007

SHEPPARD MULLIN RICHTER & HAMPTON LLP

By     /S/ *Brian D. Anderson*
          Brian D. Anderson
Attorneys for Defendant THE GYMBOREE CORPORATION

DATED: July 26, 2007

GORDON & REES LLP

By     /S/ *Aaron P. Rudin*
          Aaron P. Rudin
Attorneys for Defendant THE GYMBOREE CORPORATION