IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER LOPEZ, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>  v.<br><br>THE GYMBOREE CORPORATION and DOES 1-10,<br><br>       Defendants.<br>                                                       / | No. C 07-0087 SI<br>Member Case No. 07-739 SI<br>Related Case No. 07-2270 SI<br><br>**ORDER RE: DOCKET NOS. 75 & 94** |

In light of the Court's November 1, 2007 Order staying this action, the Court denies without prejudice defendants' motion to compel discovery. After the stay is lifted defendants may renew the motion if appropriate.

**IT IS SO ORDERED.**

Dated: November 8, 2007

                                           SUSAN ILLSTON
                                           United States District Judge