| | |
|---|---|
| 1 | J. Mark Moore, SBN 180473<br>mark@spiromoss.com |
| 2 | **Spiro Moss Barness LLP**<br>11377 W. Olympic Blvd., Fifth Floor |
| 3 | Los Angeles, CA 90064<br>Telephone: (310) 235-2468 |
| 4 | Facsimile (310) 235-2456 |
| 5 | Attorneys for Plaintiff Jennifer Lopez |
| 6 | [Additional Counsel Listed on Following Page] |
| 7 | P. Craig Cardon<br>Brian R. Blackman |
| 8 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>Four Embarcadero Center, 17th Floor |
| 9 | San Francisco, California 94111-4109<br>Tel: (415) 434-9100 |
| 10 | Fax: (415) 434-3947<br>ccardon@sheppardmullin.com |
| 11 | bblackman@sheppardmullin.com |
| 12 | Attorneys for Defendant The Gymboree Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER LOPEZ, DANA MITCHELL and LAUREN MILLER, each individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE GYMBOREE CORPORATION and DOES 1-10,<br><br>Defendants. | CASE NO. 07-0087 SI<br>07-0739 SI<br>07-2270 SI<br><br>**CLASS ACTION**<br><br>**STIPULATION RE VOLUNTARY DISMISSAL OF PLAINTIFFS' CASES WITH PREJUDICE**<br><br>[FRCP 41(a)(1)(A)(ii)] |

1
**STIP RE DISMISSAL**

1  Eric Grover, SBN 136080
   eagrover@kellergrover.com
2  **Keller Grover LLP**
   425 Second Street, Ste. 500
3  San Francisco, CA 94107
   Telephone: (415) 543-1305
4  Facsimile: (415) 543-7861

5  Attorneys for Plaintiff Dana Mitchell

6  Stephen R. Basser, SBN 121590
   sbasser@barrack.com
7  John L. Haeussler, SBN 215044
   jhaeussler@barrack.com
8  **Barrack, Rodos & Bacine**
   402 West Broadway, Suite 850
9  San Diego, CA 92101
   Telephone: (619) 230-0800
10 Facsimile:  (619) 230-1874

11 Attorneys for Plaintiff Lauren Miller

1     WHEREAS, no class has been certified;

2     IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Jennifer Lopez, Dana Mitchell and Lauren Miller ("Plaintiffs") and Defendant The Gymboree Corporation ("Defendant"), by and through their respective attorneys of record, that all of the claims in the above-entitled consolidated litigation, and each of the individual actions, are hereby dismissed with prejudice in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

    IT IS FURTHER STIPULATED AND AGREED that each party will bear its own attorneys' fees and costs incurred in connection with this action.

    There being no certified class, court approval for this dismissal is not required pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: July 24, 2008

/s/ J. Mark Moore  
J. Mark Moore  
SPIRO MOSS BARNESS LLP  
Attorneys for Plaintiff Jennifer Lopez

/s/ Eric A. Grover  
Eric A. Grover  
Denise Diaz  
KELLER GROVER LLP  
Attorneys for Plaintiff Dana Mitchell

/s/ John L. Haeussler  
Stephen R. Basser  
John L. Haeussler  
BARRACK, RODOS & BACINE  
Attorneys for Plaintiff Lauren Miller

Dated: July 24, 2008

/s/ Brian R. Blackman  
P. Craig Cardon  
Brian R. Blackman  
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP  
Attorneys for Defendant The Gymboree Corporation

IT IS SO ORDERED  
Judge Susan Illston

3  
STIP RE DISMISSAL

## CERTIFICATION

I, Brian Blackman, am the ECF User whose identification and password are being used to file this Stipulation Re Voluntary Dismissal of Plaintiffs' Cases With Prejudice. In compliance with General Order 45.X.B., I hereby attest that Mark Moore, Eric Grover and John Haeussler concur with this filing.

DATED: July 24, 2008

                    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                    By        /s/Brian Blackman
                            P. CRAIG CARDON
                            BRIAN R. BLACKMAN
                            BRIAN D. ANDERSON
                            Attorneys for
                            THE GYMBOREE CORPORATION